**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Jacek Gajda

                                  Plaintiff,

v.                                           Case No.: 1:15–cv–00607
                                                              Honorable Harry D. Leinenweber

Portfolio Recovery Associates L.L.C.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 9, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:Pursuant to the Courts order at [ECF No. 16 under 14 C 6694] consolidating various related cases for all purposes, it is hereby ordered that any future filings be docketed under case number 14 C 6694, with the caption for such filings starting with case number 14 C 6694 as the lead case and further listing all the related cases. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.